UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 15917
   MARK L ROOT
   LAURA C ROOT                           CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-9388     SSN XXX-XX-7192
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/31/07 and confirmed on 12/07/07.

   2.  The case was converted to Chapter 7 after confirmation, 02/08/2008.

   3.  The Debtor paid a total of $   3472.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC BANK | CURRENT MORTG | .00 | .00 | .00 |
| HSBC BANK | MORTGAGE ARRE | 19743.52 | .00 | .00 |
| US BANK | SECURED | .00 | .00 | .00 |
| US BANK | MORTGAGE ARRE | 2012.32 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 5450.50 | 31.86 | 986.42 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 9403.55 | 66.91 | 1455.74 |
| ADVENTIST GLENOAKS MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED INCOME SCIENCES | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS MEMORIAL MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| CEMB | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NCO COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| SHELL OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR AMBULANCE | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| US ENERGY SAVINGS GROUP | UNSECURED | NOT FILED | .00 | .00 |
| VON MAUR | UNSECURED | NOT FILED | .00 | .00 |

```
       Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED       OTHER      TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  36609.89         .00         .00         .00   36609.89
PRINCIPAL PAID       2442.16         .00         .00         .00    2442.16
INTEREST PAID          98.77         .00         .00         .00      98.77
TOTAL PAID           2540.93         .00         .00         .00    2540.93
```

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   3500.00
and was paid $   1000.00  direct and $    774.82  through the plan.

The Trustee received $    156.25 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 05/20/08                   /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 15917 MARK L ROOT & LAURA C ROOT